**DENIED and Opinion Filed February 27, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00192-CV**

**IN RE PHILIP FLOYD, Relator**

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02423-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Breedlove
Opinion by Justice Breedlove

Before the Court are relator's February 22, 2024 petition for writ of mandamus and February 26, 2024 emergency motion for temporary relief. In his petition, relator challenges a trial court's turnover order on the basis that the trial court purportedly refused to allow relator to testify at the turnover hearing. In his emergency motion, relator seeks a stay of all trial court proceedings pending this Court's action on the petition.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy.

*In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 52.3(g)–(h), 52.3(k), 52.7(a)(1). For instance, none of the documents included in relator's appendix or record are properly certified or sworn copies. *See* TEX. R. APP. P. 52.3(k), 52.7(a)(1); *see also In re Romero*, No. 05-23-00922-CV, 2023 WL 6226322, at *1 (Tex. App.—Dallas Sept. 26, 2023, orig. proceeding) (mem. op.); *In re Lancaster*, No. 05-23-00381-CV, 2023 WL 3267865, at *1 (Tex. App.—Dallas May 5, 2023, orig. proceeding) (mem. op.). Additionally, relator failed to adequately brief how the trial court clearly abused its discretion and how relator lacks an adequate appellate remedy. *See* TEX. R. APP. P. 52.3(h).

Accordingly, we deny the petition for writ of mandamus.

We also deny relator's emergency motion as moot.

240192f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE